CHICAGO—FIRST DISTRICT—MARCH, 1914.    613

The People v. The New Illinois Athletic Club, 185 Ill. App. 613.

2. SET-OFF AND RECOUPMENT, § 28*—*when pleas for recoupment in suit on notes demurrable.* In an action on promissory notes given in settlement for a printing press sold to the defendant under a contract of sale which contained a guaranty that the press would produce certain results after a test and provided that settlement should be made upon fulfillment of the guaranty by payment of a certain amount in cash, a used press and the balance in notes secured by chattel mortgage, special pleas setting up by way of recoupment a claim for damages for breach of the guaranty *held* to be no defense to the action and demurrable, it appearing that settlement was to be made only after the press was demonstrated to do the work guarantied, and the pleas not alleging that the defendant delivered the old press or made the cash payment in accordance with the contract.

---

**The People of the State of Illinois ex rel. Albert D. Wolf, Appellant, v. The New Illinois Athletic Club of Chicago, Appellee.**

**Gen. No. 19,307. (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Appeal dismissed. Opinion filed March 31, 1914.

### Statement of the Case.

Petition for mandamus by The People of the State of Illinois *ex rel.* Albert D. Wolf against The New Illinois Athletic Club of Chicago, a corporation, not formed for profit, to compel defendant to restore the relator to membership. The relator was suspended for an alleged infraction of the rules of the defendant for six months, the date of his suspension beginning July 30, 1912, and the period of suspension expiring January 30, 1913. A demurrer was sustained to the petition and from the order the relator appeals.

*See **Illinois Notes Digest,** Vols. XI to XV. same topic and section number.

Herzog v. German Nat. Life Ins. Co., 185 Ill. App. 614.

FRIEDMAN & ADER, for appellant; WILLIAM FRIEDMAN, of counsel.

HARRY P. SIMONTON, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

MANDAMUS, § 187*—*when appeal from order sustaining demurrer to petition will be dismissed.* On appeal from an order sustaining a demurrer to a petition for mandamus to compel a club, a corporation formed not for pecuniary profit, to restore petitioner to membership after he had been suspended, the appeal was dismissed for the reason that a copy of the record was not filed in the Appellate Court until after the period of suspension had expired.

---

## Emma J. Herzog, Appellee, v. German National Life Insurance Company, Appellant.

### Gen. No. 19,344.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 31, 1914.

### Statement of the Case.

Action by Emma J. Herzog against German National Life Insurance Company to recover on a policy of reinsurance issued upon the life of John A. Herzog, plaintiff, the wife of the insured, being named beneficiary therein. From a judgment in favor of plaintiff, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.